IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. _6:07-959_ |
| | ) | 18 USC § 1955 |
| | ) | 18 USC § 1956(a)(1)(A)(i) |
| vs. | ) | 18 USC § 2 |
| | ) | 18 USC § 981(a)(1)(C) |
| | ) | 18 USC § 982(a)(1) |
| BILLY JOE HINDMAN | ) | 18 USC § 1955(d) |
| THOMAS ATKINS | ) | 28 USC § 2461(c) |
| TIMOTHY THORNE | ) | |
| JUSTIN SARTAIN | ) | INDICTMENT |

## COUNT 1

THE GRAND JURY CHARGES:

That beginning on or about July 1, 2000, and continuing up until April 13, 2007, in the

District of South Carolina, the Defendants, BILLY JOE HINDMAN, THOMAS ATKINS,

TIMOTHY THORNE and JUSTIN SARTAIN, did knowingly conduct, finance, manage and

supervise an illegal gambling business, said illegal gambling business involving maintaining video

poker machines in violation of the laws of the State of South Carolina in which state the illegal

business was conducted; and which illegal business involved, during the period set forth above, five

or more persons who conducted, financed, managed, supervised, directed, and owned all or a part

thereof, and which illegal business remained in substantially continuous operation for a period in

excess of thirty days,  and did aid and abet the same.

All in violation of Title 18, United States Code, Sections 1955 and 2.

1

## COUNTS 2 - 6

THE GRAND JURY FURTHER CHARGES:

That on or about the dates set forth below, in the District of South Carolina, the Defendant, BILLY JOE HINDMAN, unlawfully, willfully, and knowingly did conduct and attempt to conduct financial transactions affecting interstate and foreign commerce, to wit: payment by check from a bank account under the control of BILLY JOE HINDMAN, which involved proceeds of a specified unlawful activity, that is, conducting, financing, managing, supervising, directing and owning an illegal gambling operation, with the intent to promote the carrying on of such specified unlawful activity as described above and that while conducting and attempting to conduct such financial transactions, the Defendant knew that the property involved in the financial transactions involved the proceeds of some form of unlawful activity:

| Count | Date | Check Amount | Payee |
|-------|------|--------------|-------|
| 2 | 10/30/2003 | $33,708.00 | Castle King LLC |
| 3 | 7/12/2004 | $17,844.75 | Greater Southern Distributing |
| 4 | 7/27/2005 | $12,000.00 | McKowen Custom Cabinets |
| 5 | 2/13/2006 | $ 9,642.76 | Brady Distributing |
| 6 | 2/26/2007 | $47,750.00 | Bobby Wood Chevrolet |

All in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i).

2

## **FORFEITURE**

1.     <u>Operating an Illegal Gambling Business</u>:

Upon conviction for violation of Title 18, United States Code, Section 1955, as charged in Count 1 of this Indictment, the Defendants,  BILLY JOE HINDMAN, THOMAS ATKINS, TIMOTHY THORNE and JUSTIN SARTAIN, shall each forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c),  all of the Defendant's right, title and interest in any property, real and personal, which constitutes, is derived from or is traceable to proceeds of violations of 18 U.S.C. § 1955, and pursuant to Title 18, United States Code, Section 1955(d) and Title 28, United States Code, Section 2461(c), any property, including money, used in violation of the provisions of Title 18, United States Code, Section 1955;

2.     <u>Money Laundering</u>:

Upon conviction for one or more  violations of Title 18, United States Code, Section 1956(A)(1)(a)(i), as charged in Counts 2 through 6 of this Indictment,  the Defendant, BILLY JOE HINDMAN,  shall  forfeit to the United States all of the Defendant's right, title and interest in and to any property, real and personal, involved in such offenses, and any property traceable to such property;

3.     <u>Property</u>:

The property which is subject to forfeiture upon conviction of the Defendants for offenses charged in Counts 1 through 6 of this Indictment includes, but is not limited to, the following property or proceeds thereof:

     A.    <u>Cash / Personal Money Judgment- Illegal Gambling Business</u>:
A sum of money equal to all proceeds the Defendants obtained directly or indirectly as the result of their violation of 18 U.S.C. § 1955 as charged in Count 1,  and all property used in such offense,  that is, a minimum of approximately $13,000,000.00 in United States currency;

3

B.    <u>Cash / Personal Money Judgment - Money Laundering Offenses:</u>
A sum of money equal to all property involved in money laundering transactions or attempted transactions in violation of Title 18 U.S.C. § 1956(a)(1)(A)(i), as charged in Counts 2 through 6, that is, a minimum of $ 7,000,000.00 in United States currency;

C.    <u>Cash / U. S. Currency:</u>
(1)    $18,267.00 in U.S. Currency
(2)    $7,736.62 in U.S. Currency
(3)    $1,734.54 in U.S. Currency
(4)    $625.00 in U.S. Currency

D.    <u>Bank Accounts / Funds in Safety Deposit Boxes:</u>
(1)    Funds Seized from Account #2104579 ($49,092.35)
Greer State Bank
601 North Main Street
Greer, South Carolina
In the name of Hindman Music Co.
Seized April 13, 2007

(2)    Funds Seized from Safe Deposit Box #112 ($60,100.00)
Greer State Bank
601 North Main Street
Greer, South Carolina
Rented in the name of Billy Hindman
Seized April 13, 2007

(3)    Funds Seized from Safe Deposit Box #3076 ($15,000.00)
Greer State Bank
601 North Main Street
Greer, South Carolina
Rented in the name of Billy Hindman
Seized April 13, 2007

E.    <u>Vehicles:</u>
(1)    2007 Chevrolet C-1500 Truck
VIN 3GCEC14X97G257318
S.C. License Tag 383VTB
Registered to Hindman Music Company
Seized April 13, 2007

4

(2)    2007 Chevrolet C-1500 Truck
VIN 1GCEC14X17Z192853
S.C. License Tag 384VTB
Registered to Hindman Music Company
Seized April 13, 2007

(3)    2007 Chevrolet C-1500 Truck
VIN 3GCEC14X87G230286
S.C. License Tag 385VTB
Registered to Hindman Music Company
Seized April 13, 2007

(4)    2002 Mercedes SL500
VIN WDBFA68F72F203257
S.C. License Tag 746NCC
Registered to Billy Joe Hindman
Seized April 13, 2007

(5)    2004 Mercedes SL500
VIN WDBSK75F14F081018
S.C. License Tag 588SUJ
Registered to Billy Joe Hindman
Seized April 13, 2007

F.    Real Property:
All right, title and interest of the Defendant, BILLY JOE HINDMAN, individually,
and any interests held in the names of business entities or other nominees, in and to
certain real properties, together with all improvements thereon and with all rights and
easements appertaining, including, but not limited to the following:

(1)    Lot No. Twenty (20), 0.89 Acre
Reids School Road / W/S of Mountain Creek
3500 Wade Hampton Blvd.
Greenville County, South Carolina
Owner of Record: Hindman Rentals, Inc.

ALL that certain piece, parcel or lot of land, situate, lying and being in Chick
Springs Township, Greenville County, State of South Carolina, on the west
side of Mountain Creek and on the east side of the Double Lane Highway
known as the Super Highway, being known and designated LOT NO.
TWENTY (20) on a plat of lands of J. E. Flynn Estate, prepared by H. S.
Brockman, Surveyor, dated Nov. 20, 1940, and having, according to said plat,

5

the following metes and bounds, to-wit:

BEGINNING at an iron pin on the south side of right of way of said Super Highway and intersection of Reid's School Road, and runs thence N. 53-30 E. 270 feet to Mountain Creek; thence down and along center of said Creek, 173 feet to iron pin, joint corner of Lots 19 and 20; thence S. 53-12 W. 221 feet to an iron pin on the northeast side of Reid School Road; thence along the east side of said Road, 164.2 feet to point of beginning.

This being the same property conveyed to Billy Hindman by deed of J. P. Medlock dated January 8, 1987 and recorded January 9, 1987 in the Office of the RMC for Greenville County, South Carolina in Deed Book 1285 at Page 955; the said property was subsequently conveyed by Billy Hindman to Hindman Rentals, Inc. by deed dated April 16, 2007, recorded April 16, 2007, in Deed Book 2262, at Page 884, in the Office of the Register of Deeds for Greenville County, South Carolina.

TMS No.: T004.00-02-010.00


(2)    3.30 Acres - Chick Springs Township
       5125 Wade Hampton Boulevard
       Greenville County, South Carolina
       Owner of Record: Hindman Rentals, Inc.

ALL that piece, parcel or lot of land in Chick Springs Township, Greenville County, State of South Carolina, containing 3.30 acres, more or less, as per plat thereof by H. S. Brockman, surveyor, dated Dec. 15, 1946, situated on the North side of U.S. Highway 29 (Wade Hampton Boulevard) and having the following metes and bounds, to-wit:

BEGINNING at an iron pin on the Northern edge of the right of way of the southbound land of said Supr Highway, and in the Eastern edge of old road intersecting with said Highway, N. 67-15 E. 400 feet to an iron pin (I.P. 2'3" therefrom); thence N. 17-15 E. 295 feet to R. O. 3 x NM; thence N. 88-54 W. 351 feet to double R. O., 3 x NM (6" therefrom); thence S. 31-05 W. 295 feet to an iron pin in old road; thence S. 1-33 E. 200 feet to the beginning corner in the Eastern edge of said old road and on right of way edge of said Super Highway, reference hereby made to said plat for more complete description.

This being the same property conveyed to BILLY HINDMAN by deed of James DeYoung and Shirley A. DeYoung, dated February 1, 1989, and recorded February 2, 1989, in the R.M.C. Office for Greenville County, South Carolina, in Deed Book 4881, at Page _____; the said property was

6

subsequently conveyed by Billy Hindman to Hindman Rentals, Inc. by deed dated April 16, 2007, recorded April 16, 2007, in Deed Book 2262, at Page 881 in the Office of the Register of Deeds for Greenville County, South Carolina.

TMS: T009.05-01-052.00

(3)     2.44 Acres, Lots 1, 2
        Wade Hampton Boulevard
        Greenville County, South Carolina
        Owner of Record: Hindman Rentals, Inc.

ALL that piece, parcel and lot of land, situate, lying and being in the County of Greenville, State of South Carolina, containing 2.44 acres, more or less, according to survey and plat entitled "Surveyed for Jerry N. Smith", prepared by Carolina Surveying Co., dated 10-2-86, and recorded in the RMC Office for Greenville County in Plat Book 13-E, Page 98, reference to said plat hereby pleaded for a more complete description.

This being the same property conveyed to Billy Hindman by deed of Jerry N. Smith and Roxie W. Smith dated April 30, 1987 and recorded April 30, 1987 in the Office of the RMC for Greenville County, South Carolina in Deed Book 1293 at Page 730; the said property was subsequently conveyed by Billy Hindman to Hindman Rentals, Inc. by deed dated April 16, 2007, recorded April 16, 2007, in Deed Book 2262, at Page 878 in the Office of the Register of Deeds for Greenville County, South Carolina. .

TMS No.: T030.00.05.002.00

(4)     N/W Side of North Pleasantburg Drive (S.C. Highway 291)
        Chick Springs Township
        Greenville County, South Carolina
        Owner of Record: Hindman Rentals, Inc.

ALL that certain piece, parcel or lot of land, with all improvements thereon, situate, lying and being in Chick Springs Township and on the northwest side of North Pleasantburg Drive (S.C. Highway 291) in the County of Greenville, State of South Carolina, and having, according to a plat of Property of Cornelia Holmes dated April 26, 1963, made by C. O. Riddle, a copy of said plat to be recorded herewith, the following description:

BEGINNING at an iron pin on the right-of-way of North Pleasantburg Drive (S.C. Highway 291), joint corner with property now or formerly of Styles; thence with the Styles line, N. 14-22 W. 283.3 feet to an iron pin, corner with

7

property now or formerly of Thompson; thence with Thompson line, S. 87-05 E. 160 feet to an iron pin, corner with property now or formerly of Moore & Tinsley; thence with Moore & Tinsley line, S. 14-47 E. 209.3 feet to an iron pin on the right-of-way of North Pleasantburg Drive (S.C. Highway 291); thence with the said highway, S. 65-52 W. 156.5 feet, to the point and place of beginning.

This being the same property conveyed to Billy Hindman by deed of Thomas C. Holmes and Virginia L. Holmes as Trustees for that certain written Trust Agreement dated March 12, 1975, by and between Cornelia Holmes and and Thomas C. Holmes, et al. dated March 3, 1986 and recorded March 3, 1986 in the Office of the RMC for Greenville County, South Carolina in Deed Book 1260 at Page 879; the said property was subsequently conveyed by Billy Hindman to Hindman Rentals, Inc. by deed dated April 16, 2007, recorded April 16, 2007, in Deed Book 2262, at Page 875 in the Office of the Register of Deeds for Greenville County, South Carolina.

TMS No.: 0183.03-01-023.00

(5)     0.21 Acre & 1.2 Acres
Brushy Creek / S. Batesville Road
Greenville County, South Carolina
Owner of Record: Hindman Rentals, Inc.

ALL that piece, parcel or lot of land, in Greenville County, State of South Carolina, Butler Township, located about five miles southwest from Greer, S.C. and being shown as a 0.21 acre tract on a plat of property made for N. Victor Smith by John A. Simmons, surveyor, dated April 1, 1963, and having, according to said plat, the following metes and bounds, to-wit:

BEGINNING at a nail in the intersection of the Old Augusta Road and the county road leading to Gibbs Shoals Road and running thence along the line of property of Leon Campbell, N. 26-40 E. 280.4 feet to an old iron pin, coarner of property of E. Broadus Campbell; thence S. 51-57 E. 67/4 feet to a nail in center of said county road (pin at 24.4 feet from center of road); thence S. 40-35 W. 275.2 feet along the center of said county road to the beginning corner.

ALSO, all that certain lot of land in said County, State and Township, containing 1.2 acres, more or less, adjacent to the above described parcel, and having the following metes and bounds, to-wit:

8

BEGINNING at a nail in center line of Brushy Creek-Augusta Road, and intersection of another road, and running thence with the said Brushy Creek Augusta Road, N. 52-37 W. 210 feet to nail (iron pin reference at N. 34 E., 20 feet); thence leaving road, N. 34-00 E. 275 feet to an iron pin; thence S. 52-37 E. 171 feet to iron pin; thence S. 26-00 W. 280 feet to the beginning corner.

This being the same property conveyed to Billy Hindman by deed of Richard E. Satterfield and Pamela J. Satterfield dated February 8, 1989 and recorded February 8, 1989 in the Office of the Register of Deeds for Greenville County, South Carolina in Deed Book 1352 at Page 398; the said property was subsequently conveyed by Billy Hindman to Hindman Rentals, Inc. by deed dated April 16, 2007, recorded April 16, 2007, in Deed Book 2262, at Page 863 in the Office of the Register of Deeds for Greenville County, South Carolina.

TMS No.: 0530.05-01-003.01

(6)     Lots 1, 2, 3 & Portion of Lot No 7
        2852 N. Highway 101
        Greenville County, South Carolina
        Owner of Record: Hindman Rentals, Inc.

ALL that piece, parcel or lot of land situate, lying and being in the State of South Carolina, County of Greenville, located on the western side of S. C. Highway 101 and being designated as Lots 1, 2, 3, and a triangular portion of Lot No. 7 as shown on plat of property of F. G. James, said plat being recorded in Plat Book K at Page 310 in the R.M.C. Office for Greenville County. Reference is further made to plat entitled CLOSING SURVEY FOR BILLY HINDMAN prepared by Carolina Surveying Co. of Greenville, Inc., on November 27, 1996, recorded in Plat Book 34-O at Page 55 in the R.M.C. Office for Greenville County.

This being the same property conveyed to Billy Hindman by deed of J. Yul Chung dated January 3, 1997 and recorded January 7, 1997 in the Office of the Register of Deeds for Greenville County, South Carolina in Deed Book 1663 at Page 741; the said property was subsequently conveyed by Billy Hindman to Hindman Rentals, Inc. by deed dated April 16, 2007, recorded April 16, 2007, in Deed Book 2262, at Page 857 in the Office of the Register of Deeds for Greenville County, South Carolina.

TMS No.: 0537.06-01-011.00

9

(7)     Tract 11, 0.459 Acre
Woodruff Drive
Greenville County, South Carolina
Owner of Record: Hindman Rentals, Inc.

ALL that certain piece, parcel or lot of land situate, lying and being in the County of Greenville, State of South Carolina, being shown and designated as Tract 11 containing 0.459 acres on plat entitled A Conveyance Survey for Woodruff Crossing@ dated April 20, 2005 and prepared by Precision Land Surveying, Inc., Surveyor, and recorded in the Office of the Register of Deeds for Greenville County, South Carolina, in Plat Book 49-S at Page 53 on the 3rd day of May, 2005. Reference is hereby made to same plat for a more specific metes and bounds description.

This being the same property conveyed to Billy Hindman by deed of Margaret Hendrix dated May 13, 2005 and recorded May 19, 2005 in the Office of the Register of Deeds for Greenville County, South Carolina in Deed Book 2145 at Page 1026; the said property was subsequently conveyed by Billy Hindman to Hindman Rentals, Inc. by deed dated April 16, 2007, recorded April 16, 2007, in Deed Book 2262, at Page 890 in the Office of the Register of Deeds for Greenville County, South Carolina.

TMS No.: 0547.03-01-041.00

(8)     Lot Number 1,
S/W Corner of South Main Street and Pennsylvania Avenue,
Greer, South Carolina
Greenville County, South Carolina
Owner of Record: Hindman Rentals, Inc.

ALL that lot of land in the State of South Carolina, County of Greenville, in the City of Greer, being known and designated as Lot Number 1 on a plat entitled "Plat of I. K. Robison Land. (Est.)", dated December 13, 1921 and recorded in Plat Book F at Page 157. The subject property is located at the southwesterly corner of the intersection of South Main Street and Pennsylvania Avenue.

LESS HOWEVER, all portions of the subject lot as were conveyed to the South Carolina Highway Department by deed dated March 19, 1980 for Project Number 23.783 and reference is hereby made to the project plans for a more specific description thereof.

10

ALSO Grantor does hereby assign and transfer unto the Grantee the right of the Grantor under the deed from Palmetto State Oil Company to the South Carolina Highway Department dated March 19, 1980 to receive a conveyance of adjoining property containing approximately 0.06 acres formerly owned by Harold Holder, Jr., et al., upon completion of the aforesaid project.

This being the same property conveyed to Billy J. Hindman and Sara L. Hindman by deed of Palmetto State Oil Company dated the 6th day of August, 1982, and recorded in the Greenville County RMC Office in Deed Book 1171, page 679, in which a one-half interest was subsequently conveyed to Billy J. Hindman by deed of Sara L. Hindman, (also known as Sarah J. Hindman) dated November 14, 2002 and recorded December 2, 2002 in the Office of the Register of Deeds for Greenville County in Deed Book 2018 at Page 848; the said property was subsequently conveyed by Billy J. Hindman to Hindman Rentals, Inc. by deed dated April 16, 2007, recorded April 16, 2007, in Deed Book 2262, at Page 887 in the Office of the Register of Deeds for Greenville County, South Carolina.

TMS No.: G024.00-13-001.00

(9)    Lot No. 16 / Greater Portion of Lot No. 15, Block A
Intersection of Gridley Street and Old Buncombe Road
Greenville County, South Carolina
Owner of Record: Hindman Rentals, Inc.

ALL that certain piece, parcel or lot of land, together with all improvements thereon, situate, lying and being at the intersection of Gridley Street and Buncombe Road, in the County of Greenville, State of South Carolina, being known and designated as Lot No. 16 and a greater portion of Lot No. 15 of Block "A", as shown on plat of lands of Mountain View Land Co., recorded in the RMC Office for Greenville County, S. C. in Plat Book "A" at Pages 396 and 397, and being further shown on plat entitled Property of Frank Towers Rice dated November 8, 1982, prepared by Carolina Surveying Co., and recorded in the RMC Office for Greenville County, S. C. in Plat 9-I, at Page 29, reference to said last mentioned plat being hereby craved for a metes and bounds description thereof.

This being the same property conveyed to Billy J. Hindman by deed of Frank Towers Rice dated June 4, 1992 and recorded June 9, 1992 in the Office of the Register of Deeds for Greenville County, South Carolina in Deed Book 1476 at Page 806; the said property was subsequently conveyed by Billy J. Hindman to Hindman Rentals, Inc. by deed dated April 16, 2007, recorded April 16, 2007, in Deed Book 2262, at Page 872 in the Office of the Register of Deeds for Greenville County, South Carolina.

TMS No.: 0155.00-04-001.00

11

(10)   Lot No. 14 and Part of Lot No. 15, Block A
       W/S of Old Buncombe Road
       Greenville County, South Carolina
       Owner of Record: Hindman Rentals, Inc.

       ALL that certain piece, parcel or lot of land, together with all improvements
       thereon, situate, lying and being in Greenville Township, County of
       Greenville, State of South Carolina, on the West side of the Buncombe Road
       about two miles Northwest from Greenville County Court House, being
       known and designated as Lot No. 14 and a part of Lot No. 15 in Block A as
       shown on a map of the lands of Mt. View Land Company prepared by W. A.
       Adams, dated February 10, 1910, and recorded in the RMC Office for
       Greenville County, S. C. in Plat Book A, at Page 397, reference to said plat
       being hereby craved for a metes and bounds description thereof.

       This being the same property conveyed to Billy J. Hindman by deed of Gayla
       G. Murray dated July 27, 1993 and recorded August 2, 1993 in the Office of
       the Register of Deeds for Greenville County, South Carolina in Deed Book
       1524 at Page 858; the said property was subsequently conveyed by Billy J.
       Hindman to Hindman Rentals, Inc. by deed dated April 16, 2007, recorded
       April 16, 2007, in Deed Book 2262, at Page 866, in the Office of the Register
       of Deeds for Greenville County, South Carolina.

       TMS No.: 0155.00-04-002.00


(11)   3505 W. Blue Ridge Drive, S.C. Highway 253
       Greenville County, South Carolina
       Owner of Record: Hindman Rentals, Inc.

       All that piece, parcel or tract of land, situate, lying and being on the southern
       side of S.C. Highway No. 253 in Greenville County, South Carolina,
       containing 1.365 acres, more or less, as shown on a plat entitled "L&H
       Enterprises" prepared by Fant Engineering and Surveying Co, Inc. And dated
       June 13, 1994, and being recorded in the RMC Office of Greenville County
       in Plat Book 334 at page 99, and having, according to said plat, the following
       metes and bounds, to-wit:

       BEGINNING at a point on the southern side of S.C. Highway No. 253 at a
       point 364.2 feet in a westrly direction from the intersection of said Highway
       253 and White Horse Road, thence on a line through the property of the
       Grantor S. 30-37-00 E. 297.56 feet to a marker; thence S. 59-29-43 W. 200

feet to a marker; thence N. 30-37-00-w. 297..17 feet to a marker on the southern side of said Highway 253; thence along said highway N. 59-23.00 E. 200.00 feet to a marker, the beginning corner.

This being the identical property conveyed to Billy J. Hindman by Deed of Robert T. Harrison, as Trustee of Family Trust Established Under Article III of the Will of Olive Sims Harrison, Deceased, dated November 8, 1996, and recorded _____ in Deed Book 1657l at Page 331 in the Register of Deeds for Greenville County, South Carolina; the said property was subsequently conveyed by Billy J. Hindman to Hindman Rentals, Inc. by deed dated April 16, 2007, recorded April 16, 2007, in Deed Book 2262, at Page 869 in the Office of the Register of Deeds for Greenville County, South Carolina.

TMS #0237.03-02-012.02

(12)     9.60 Acres
South Batesville Road
Greenville County, South Carolina
Owner of Record: Hindman Rentals, Inc.

All that certain piece, parcel, or tract of land located in the State of South Carolina, County of Greenville, containing 9.60 acres, more or less, as shown on Closing Survey for Billy J. Hindman, by Carolina Surveying Co., of Greenville, Inc., dated August 22, 1997, recorded in the Greenville County Register of Deeds in Plat Book 36-M at Page 11, said property having such courses, metes, measurements, and boundaries as appear thereon and incorporated herein by reference.

This being the same property conveyed to Billy J. Hindman by deed of Helen Grace Robinson, Susan Elizabeth Long, Norman Victor Smith, III, Robert Paul Harrington, Jr., Mary Kathryn (Candi) Harrington Vaughn, Tracy Paul Harrington, Malabar Blue McCullough, Kathryn Smith Harrington and Norman Victor Smith, Jr., dated October 21, 1997 and recorded October 23, 1997 in the Office of the Register of Deeds for Greenville County, South Carolina in Deed Book 1722 at Page 662; the said property was subsequently conveyed by Billy J. Hindman to Hindman Rentals, Inc. by deed dated April 16, 2007, recorded April 16, 2007, in Deed Book 2262, at Page 860 in the Office of the Register of Deeds for Greenville County, South Carolina.

TMS No.: 0530.05-01-006.00

(13)   1.155 Acres
       South Side of S.C. Highway 146 / Woodruff Road
       Greenville County, South Carolina
       Owner of Record: Hindman Rentals, Inc.

ALL that certain piece, parcel or lot of land situate, lying and being on the southern side of S.C. Highway 146 (Woodruff Rd.) in Greenville County, South Carolina, containing 1.155 acres, more or less, as shown on a plat entitled "Survey for Billy Hindman" prepared by Carolina Surveying dated April 11, 1998, and recorded in the RMC Office for Greenville County in Plat Book 37-O at Page 93, and having according to said plat, the following metes and bounds, to wit:

BEGINNING at an iron pin on the southern side of said road, at the joint corner, now or formerly of Joseph G. Mahaffey; thence S. 0-57-44 W. 211.08 feet to an iron pin; thence continuing S. 0-57-44 W. 38.92 feet to an iron pin; thence on the new line N. 88-34-28 W. 200.00 feet to an iron pin; thence N. 0-59-05 E. 250.00 feet to an iron pin on the southern side of Woodruff Road; thence along said road S. 89-55-45 E. 0.51 feet, N. 89-09-34 E. 77.37 feet and S. 87-07-58 E. 122.12 feet to an iron pin, the beginning corner.

ALSO INCLUDING an easement for sanitary sewer service for the purposes of constructing, maintaining, and improving a sanitary sewer line along and under that certain 25 foot sewer easement strip as shown on said plat referred to hereinabove running from the southeastern corner of the subject property to the public sewer line indicated by a manhole, which easement shall be deemed appurtenant and run with the land forever.

AND ALSO INCLUDING an easement to discharge surface waters across and through the remaining property of the Grantors to a certain drainage facility as referred to in a certain easement agreement dated February 28, 1995, and recorded on March 9, 1995 in the RMC Office for Greenville County in Deed Book 1605 at Page 309, and incorporating a certain easement dated March 3, 1995 and recorded in the RMC Office for Greenville County on March 9, 1995 in Deed Book 1605 at Page 320, and by the acceptance of such easement, the Grantee assumes and agrees to pay his pro-rata share of the costs of maintenance of said drainage facility as contemplated by Paragraph 4 of said easement agreement of February 28, 1995 (Deed Book 1605 at Page 311), and which easement shall be deemed appurtenant and shall run with the land forever.

This being the same property conveyed to Billy J. Hindman by deed of Robert S. Small, Jr. and Julius A. Gilreath, Jr. dated April 22, 1998 and recorded

14

April 23, 1998 in the Office of the Register of Deeds for Greenville County, South Carolina in Deed Book 1757 at Page 787; the said property was subsequently conveyed by Billy J. Hindman to Hindman Rentals, Inc. by deed dated April 16, 2007, recorded April 16, 2007, in Deed Book 2262 at Page 854 in the Office of the Register of Deeds for Greenville County, South Carolina.

TMS No.: 0539-01-01-009.18

(14)    6.61 Acres
        N/W Corner, Intersection of S.C. Highway 101 & Drennon Drive
        3563 N. Highway 101
        Greenville County, South Carolina
        Owner of Record: Hindman Rentals, Inc.

ALL that piece, parcel or lot of land, with all improvements thereon or hereafter constructed thereon, situate, lying and being in the State of South Carolina, County of Greenville, containing 6.61 acres and being situate at the northwesterly corner of the intersection of S. C. Highway 101 and Drennon Drive in accordance with plat entitled "BOUNDARY SURVEY FOR BILLY J. HINDMAN" prepared by Carolina Surveying & Mapping, dated July 16, 2005 and recorded in Plat Book 50-B at Page 76 in the Office of the Register of Deeds for Greenville County. Reference is made to said plat for a more complete property description.

This being the same property conveyed to Billy J. Hindman by deed of Blue Ridge Dairy, Inc., by Neves Few, President, dated July 19, 2005 and recorded July 25, 2005 in the Office of the Register of Deeds for Greenville County, South Carolina in Deed Book 2156 at Page 1632; the said property was subsequently conveyed by Billy J. Hindman to Hindman Rentals, Inc. by deed dated April 16, 2007, recorded April 16, 2007, in Deed Book 2262, at Page 893 in the Office of the Register of Deeds for Greenville County, South Carolina.

TMS No.: 0631.09-01-006.09

15

(15)    Lot Numbers Three (3), Four (4) and Five (5)
Grande Oaks Subdivision, Section 1
Reidville Township
E. Main Street / Highway 290 & 296
Duncan, South Carolina
Spartanburg County, South Carolina
Owner of Record:  Hindman Rentals, Inc.

All those certain pieces, parcels or lots of land, situate, lying and being in the
the State and County aforesaid, in Reidville Township, on S. C. Highway
Nos. 290 and 296, being known and designated as all of lot numbers THREE
(3), FOUR (4) and FIVE (5) of Grande Oaks Subdivision, Section 1, as
shown on plat prepared by Joe Mitchell, R. L. S., dated August 8, 1977,
which plat is recorded in the R. M. C. Office for Spartanburg County in Plat
Book 80 page 316. For a more complete description reference is hereby made
to said plat.

This being the same property conveyed to Billy Hindman by deed of J. O.
Sexton dated March 4, 1985 and recorded March 4, 1985 in the Office of the
Register of Deeds for Spartanburg County, South Carolina in Deed Book 51C
at Page 153.

LESS HOWEVER, All that certain parcel of land containing 5,776 square
feet of land including improvements thereon, if any.  Land herein acquired is
as follows: within 45 feet of the construction centerline on the right at survey
station 306+17; (307+57 being P/L) thence increasing on a transition to 50
feet at survey station 310+80.

This is the identical property conveyed by Billy Hindman to the South
Carolina Department of Highways and Public Transportation by deed
recorded November 25, 1991 in Deed Book 58H, page 171 in the Office of
R.M.C. for Spartanburg County, South Carolina.

LESS HOWEVER, All that certain parcel of land containing 3,645 square
feet/0.08 acres of land, more or less, and any improvements thereon owned by
Billy Hindman, shown as the "Area of Acquisition" on Exhibit A, recorded
August 17, 2000 in Deed Book 72N, Page 076 in the Office of R.M.C. for
Spartanburg County, South Carolina.  AND, all that certain parcel of land
containing 5,035 square feet/0.12 acres of land, more or less, and any
improvements thereon owned by Billy Hindman, shown as the "Area of
Acquisition" on Exhibit A, recorded August 17, 2000 in Deed Book 72N,
Page 079 in the Office of R.M.C. for Spartanburg County, South Carolina.

16

These are the identical properties conveyed by Billy Hindman to the South Carolina Department of Transportation by deed recorded August 17, 2000 in Deed Book 72-N, Page 076 and Deed Book 72-N, page 079 in the Office of R.M.C. for Spartanburg County, South Carolina.

This being the same property conveyed by Billy Hindman to Hindman Rentals, Inc. by deed dated April 18, 2007, and recorded April 19, 2007 in Deed Book 88J, Page 064, in the Office of the Register of Deeds, Spartanburg County, South Carolina.

TMS No.: 5-31-08-018, 019, and 020.00

(16)    Portion of Tract No. 3, J.E. Patterson Property
North Side of Highway No. 29, 907 E. Wade Hampton Blvd.
Greer, South Carolina
Spartanburg County, South Carolina
Owner of Record:  Hindman Rentals, Inc.

ALL that certain parcel or lot of land situate on the North side of Highway No. 29, near the limits of the City of Greer and Eastward therefrom, School District 9-H, Beech Springs Township, County of Spartanburg, State of South Carolina, and being a small protion of Tract No. 3 of the J. E. Patterson property shown on a plat of the J. R. Bailey Estate, recorded in the R.M.C. Office for Spartanburg County in PLAT BOOK 21, at PAGE 85 and having the following courses and distances to-wit:

BEGINNING at an iron pin on the North right-of-way line of Highway No. 29 on original line of Tract No. 3 on line of D. C. Bailey property and running thence along the right-of-way line , N. 74-43 E. 266.4 feet to an iron pin in an old road bed; thence along said old road bed, N. 63-30 W. 108 feet to an iron pin on the same corner of D. C. Bailey property; thence along the Bailey line, S. 53-30 W. 199 feet to the beginning corner.

There is included herewith all oil tanks, pumps and fixtures in and upon the lot of land described herein.

This being the same property conveyed to Billy Hindman by deed of William A. Williams dated July 21, 1991 and recorded July 31, 1991 in the Office of the Registered of Deeds for Spartanburg County, South Carolina in Deed Book 57-Y at Page 243; the said property was subsequently conveyed by Billy Hindman to Hindman Rentals, Inc. by deed dated April 18, 2007, recorded April 19, 2007, in Deed Book 88J, at Page 076, in the Office of the Register of Deeds for Spartanburg County, South Carolina.

TMS No.: 9-03-00-054.00

(17)   Lot Nos. 14 and 15, C.M. Patton Property
       North Side of U.S. Highway 221 / 705 Laurens Road
       Woodruff, South Carolina
       Spartanburg County, South Carolina
       Owner of Record: Hindman Rentals, Inc.

       ALL that piece, parcel or lot of land with all improvements thereon or
       hereafter constructed thereon, situate, lying and being in the State of South
       Carolina, County of Spartanburg, in the Town of Woodruff, School District
       4, on the northerly side of U. S. Highway 221, being known and designated
       as Lot Nos. 14 and 15 of the C. M. Patton Property on plat prepared by H. L.
       Donahoo, C.E., dated March 4, 1947 and recorded in Plat Book 21 at Pages
       438 and 439. Reference is made to a more recent plat entitled CLOSING
       SURVEY FOR BILLY HINDMAN prepared by Carolina Surveying &
       Mapping on April 16, 1999 and recorded in Plat Book 144 at Page699 in the
       Office of the Register of Deeds for Greenville County.

       This being the same property conveyed to Billy Hindman by warranty deed
       of Thursey E. Barnes a/k/a Thursey B. Barnes now known as Thursey E.
       Barnes Wofford, and Harold D. Wofford dated May 5, 1999 and recorded
       May 11, 1999 in the Office of the Register of Deeds for Spartanburg County,
       South Carolina in Deed Book 69W at Page 593; the said property was
       subsequently conveyed by Billy Hindman to Hindman Rentals, Inc. by deed
       dated April 17, 2007, recorded April 19, 2007, in Deed Book 88J, at Page
       088 in the Office of the Register of Deeds for Spartanburg County, South
       Carolina.

       TMS No.: 4-32-08-125.00


(18)   Lots 11, 12 and 13, C.M. Patton Property
       N/S of U.S. Highway 221 / 681 Laurens Road
       Woodruff, South Carolina
       Spartanburg County
       Owner of Record: Hindman Rentals, Inc.

       ALL that piece, parcel or lot of land with all improvements thereon or
       hereafter constructed thereon situate, lying and being in the State of South
       Carolina, County of Spartanburg, in the Town of Woodruff, on the north side
       fo U. S. Highway 221, being known and designated as Lots 11, 12, and 13 of
       C. M. Patton property as shown on plat made by H. L. Donahue, Surveyor,
       dated March 4, 1947, which plat has been recorded in Plat Book 21 at Pages
       438 and 439 in the Office of the Register of Deeds for Spartanburg County.
       Reference is further made to more recent plat entitled **CLOSING SURVEY
       FOR BILLY HINDMAN** prepared by Carolina Surveying & Mapping on
       January 15, 1999, and recorded in Plat Book 143 at Page 627 in the Office

18

of the Register of Deeds for Spartanburg County.

Previously, the right of way to the Atlantic Coastline Railroad encoached into the front portion of the subject property. This right of way abandoned around 1963 and the encoaching portion thereof was quitclaimed to James C. Gray, a prior owner, by deed recorded in Deed Book 29-Q at Page 198.

This being the same property conveyed to Billy Hindman by warranty deed of Garth Van Willis dated January 15, 1999 and recorded January 27, 1999 in the Office of the Register of Deeds for Spartanburg County, South Carolina in Deed Book 69G at Page 539; the said property was subsequently conveyed by Billy Hindman to Hindman Rentals, Inc. by deed dated April 17, 2007, recorded April 19, 2007, in Deed Book 88J, at Page 084 in the Office of the Register of Deeds for Spartanburg County, South Carolina.

TMS No.: 4-32-08-126.00

(19)    1598 Highway 92
        Enoree, South Carolina
        Spartanburg County, South Carolina
        Owner of Record: Hindman Rentals, Inc.

All that piece, parcel or lot of land lying in Spartanburg County, South Carolina in Cross Anchor Township, about one mile east of Enoree, S.C., and having according to said lat prepared by J. . Prevatte, RLS, May 28, 1962, the following metes and bounds, to wit: BEGINNING at an iron pin on the southwestern side of County Road and running thence south 15 east 118.8 feet to an iron pin; thence north 38-55 w. 150' to an iron pin on line of Phillips property; thence with said Phillips' line north 5-38 east 89.1 feet to an iron pin, fronting on the right of way of S,. C, Hwy. 92; thence with said Hwy. Right of way line north 7.14 east 113.2' to point of beginning.

This being the same property conveyed to BILLY HINDMAN by deed of Ben C. Harrison and H. Homer Watson, as Trustees of the last Will and Testament of J. Hugh Harrison, dated November 8, 1984, and recorded November 8, 1984, in the Office of the R.M.C. for Spartanburg County, South Carolina, in Deed Book 50 W, at Page 75; the said property was subsequently conveyed by Billy Hindman to Hindman Rentals, Inc. by deed dated April 17, 2007, recorded April 19, 2007, in Deed Book 88J, at Page 092 in the Office of the Register of Deeds for Spartanburg County, South Carolina.

TMS No.4-56-00-031.00

(20)   .15 Acre
       101 Charlotte Highway
       Lyman, South Carolina
       Spartanburg County, South Carolina
       Owner of Record: Billy Hindman

ALL that piece, parcel or lot of land, with the improvements thereon, County of Spartanburg, State of South Carolina, containing .15 of acre, more or less and being shown on a plat made for Rick and Linda Fowler, by Wolfe & Huskey, Inc., R. L. S., dated September 6, 1983 and recorded in plat book 90 page 306, R. M. C. Office for Spartanburg County, to which plat reference is hereby made for a more complete description as to metes and bounds. Block Book No. 5-15-6-22

This being the same property conveyed to Billy Hindman by deed of David R. Fowler dated January 25, 1985 and recorded January 29, 1985 in the Office of the Register of Deeds for Spartanburg County, South Carolina in Deed Book 51-A at Page 198.

TMS No.: 5-15-06-022.00


(21)   Lot No. "C", A.B. Groce Estate, Plat 3
       Intersection of Old U.S. Highway No. 29 & The Saluda Gap Road
          a/k/a Power Plant Road - 101 Gap Creek Road
       Beech Springs Township
       Duncan, South Carolina
       Spartanburg County
       Owner of Record: BILLY HINDMAN

ALL that piece, parcel or lot of land in Beech Springs Township, County of Spartanburg, State of South Carolina, Tax Dist. 5WD, located at the intersection of Old U. S. Highway No. 29 and The Saluda Gap Road (also known as Power Plant Road) in the Town of Duncan, and being shown as Lot No. "C" on a plat of property of the A. B. Groce Estate, Estate Plat No. 3, known as a part of the Leonard Tract, which plat is recorded in Plat Book 18, Page 443, recorded in the R.M.C. Office for Spartanburg County and having the following metes and bounds, to-wit:

BEGINNING at a point at the intersection of said two roads on the Northern side of Old U. S. Highway No. 29 and runs thence N. 73-12 W. 102.6 feet to a point on the northern side of said Highway; thence still with the northern side of said Highway N. 72-20 W. 50 feet to an iron pin on the northern side of said Highway, corner of Moore property; thence N. 36-48 E. 132.5 feet along the Moore property to an iron pin on the Southern side of the Saluda Gap Road; thence S. 23-46 E. 165.1 feet along the Southern side of the

20

Saluda Gap Road to the intersection of the said two roads and the beginning corner.

This being the same property conveyed to Billy Hindman by deed of Alice W. Ruff dated April 4, 1991 and recorded April 5, 1991 in the Office of the Register of Deeds for Spartanburg County in Deed Book 57-P at Page 562.

TMS No.: 5-19-00-040.00

(22)     Lot No. 106, Section I, Victor Mill Village
         95 Old Woodruff Road
         Greer, South Carolina
         Spartanburg County
         Owner of Record: BILLY J. HINDMAN

All that certain piece, parcel or lot of land situate, lying and being in the State of South Carolina, County of Spartanburg, Beech Springs Township, being in the Victor Mill Village, in the City of Greer, S. C., and being more particulary described as Lot No. 106, Section I, as shown on a plat entitled "Subdivision of Victor Mill Village, Greer, S. C., made by Dalton and Neves, July 1950, and recorded in the RMC Office for Spartanburg County in Plat Book 26, at pages 46-55 and 58-67, inclusive and being described as follows:

BEGINNING at an iron pin the joint corner of Lots 23, 21 and 106, on 26th Street and running S. 12. W., 195.6 feet to an iron pin at the intersection of Snow and 26th. Street and thence in a rounding direction S. 79-10 W., 11.6 feet to an iron pin at the intersection of Woodruff Road and Snow Street and thence along Old Woodruff Road N. 39-30 W. 133.5 feet to the corner of lot 124 and 106; thence along the line of lot 124, N. 45-37 E., 135.7 feet to point of beginning.

This being the same property conveyed to Billy Hindman by deed of Curtis Hipp, Jr. and Curtis Hipp, Sr. dated August 4, 1997 and recorded August 7, 1997 in the Office of the Register of Deeds for Spartanburg County, South Carolina in Deed Book 66H at Page 439.

TMS No.: 9-04-10-009.00

(23)    3.08 Acres
Beech Springs Township
1100 Gap Creek Road
Greer, South Carolina
Spartanburg County, South Carolina
Owner of Record: Hindman Rentals, Inc.

ALL that lot of land in the State of South Carolina, County of Spartanburg, in Beech Springs Township, located approximately one mile east of Greer, and containing 3.08 acres, according to plat entitled "Property of Mrs. J. Carson Burns", prepared by John A. Simmons, Surveyor, dated Feb. 10, 1977, and recorded in Plat Book 79, page 158, RMC Office for Spartanburg County, reference to said plat hereby pleaded for a more complete description.

This being the same property conveyed to Billy Hindman by deed of Sara L. Hindman dated March 27, 1991 and recorded March 28, 1991 in the Office of the Register of Deeds for Spartanburg County, South Carolina in Deed Book 57-N at Page 859; the said property was subsequently conveyed by Billy Hindman to Hindman Rentals, Inc. by deed dated April 17, 2007, recorded April 19, 2007, in Deed Book 88J, at Page 096 in the Office of the Register of Deeds for Spartanburg County, South Carolina.

TMS No.: 5-14-00-012.00

(24)    Lot 2, Robert E Watson, Sr Estate, 0.75 Acres
323 Lister Road
Greer, South Carolina
Spartanburg County, South Carolina
Owner of Record: BILLY HINDMAN

ALL that parcel of land designated as Lot 2 containing .75 acres on a survey prepared by Blue Ridge Land Surveying , Inc., which was requested by the Estate of Robert E. Watson, Sr., Rebecca W. Suddeth, Personal Representative, dated July 10, 1996 and recorded July 19, 1996 at Plat Book 134 page 647 RMC Office for Spartanburg County. For more complete description of this property, reference is hereby made to said plat.

This being the same property conveyed to Billy Hindman by deed of Rebecca W. Suddeth and Robert E. Watson, Jr., dated October 23, 1996 and recorded October 29, 1996 in the Office of the Register of Deeds for Spartanburg County in Deed Book 64-Y at Page 115.

TMS No.: 5-14-00-part of -034.01 and part of 033.01

(25)    1 Lot, North Side of Hampton Road
        Beech Springs Township
        14075 W. Wade Hampton Blvd.
        Greer, South Carolina
        Spartanburg County, South Carolina
        Owner of Record: Hindman Rentals, Inc.

ALL that certain piece, parcel or lot of land with the improvements thereon, situate, lying and being in Beech Springs Township, Spartanburg County, S. C., on the south side of U.S. Super Highway #29 and on the north side of Hampton Road and on the east side of a road known as Reeves Road and being more fully described as follows:

BEGINNING on a point in the center of said Hampton Road, and on the east side of the intersecting line of the said Reeves Road, and running thence with the east side of the said Reeves Road N. 5° 15" E. 16 feet to an iron pin on the north bank of the Hampton Road and on the east side of the Reeves Road, then continuing with the same course N. 5° 15" E. for a total distance of 169 feet to an iron pin on the south edge of the right of way of the said Super Highway; thence with the south edge of the said highway S. 88° 32" E. 169 feet to an iron pin; thence S. 0° 18" E. 109.5 feet to a point in the center of the Hampton Road (iron pin on line 15.5 feet); thence with the center of the Hampton Road S. 71° 00" W. 193.4 feet to the beginning point.

Reference to be made to Memorandum of Road Relocation Agreement between WD of Greer, L.L.C. and Billy Hindman recorded December 5, 1997 in Deed Book 66-Z, page 276, in the Office of R.M.C. for Spartanburg County South Carolina.

LESS HOWEVER, all that certain parcel of land containing 1,861 square feet/0.04 ares, more or less, and all improvements thereon, if any, owned by Billy Hindman d/b/a Hindman Music Company shown as the "obtain area" on Exhibit A recorded November 10, 2005 in Deed Book 84-J, Page 631 in the Office of R.M.C. for Spartanburg County, South Carolina.

This being the same property conveyed to Billy Hindman, D/B/A Hindman Music Company, by deed of Manual A. Parnell dated June 27, 1979 and recorded July 2, 1979 in the Office of the Register of Deeds for Spartanburg County, South Carolina in Deed Book 46-Q at Page 779; a portion of which was subsequently conveyed to the City of Greer by deed of Billy Hindman, D/B/A Hindman Music Company, recorded November 10, 2005 in Deed Book 84-J, Page 630 in the Office of R.O.D. for Spartanburg County, South Carolina, and the remainder of which was conveyed to Hindman Rentals, Inc. by deed of Billy Hindman D/B/A Hindman Music Company, dated April 18, 2007, and recorded April 19, 2007, in Deed Book 88J, Page 080 in the Office of the Register of Deeds for Spartanburg County, South Carolina.

TMS No.: 9-03-11-020.00

(26)    Lot No. 33
Beech Springs Township
127 W. Main Street
Duncan, South Carolina
Duncan, South Carolina
Spartanburg County, South Carolina
Owner of Record: Hindman Rentals, Inc.

ALL that piece, parcel or lot of land, with all improvements thereon or hereafter constructed thereon, situate, lying and being in the State of South Carolina, County of Spartanburg, Beech Springs Township, Town of Duncan, being known and designated as Lot No. 33 on a plat of property made for Leroy Duncan. Reference is made to a more recent survey entitled CLOSING SURVEY FOR BILLY J. HINDMAN, prepared by Carolina Surveying & Mapping, dated May 30, 2001 and recorded in Plat Book 150 at Page 409 in the Office of the Register of Deeds for Spartanburg County.

This being the same property conveyed to Billy  J. Hindman by deed of Jerriel W. Page dated June 4, 2001 and recorded June 6, 2001 in the Office of the Register of Deeds for Spartanburg County in Deed Book 73-Y at Page 841; the said property was subsequently conveyed by Billy J. Hindman to Hindman Rentals, Inc. by deed dated April 18, 2007, recorded April 19, 2007, in Deed Book 88J, at Page 072 in the Office of the Register of Deeds for Spartanburg County, South Carolina.

TMS No.: 5-20-01-119.00


(27)    Tract C-4 / 1.33 Ares
S.C. Highways 101 and 417
Woodruff, South Carolina
Spartanburg County, South Carolina
Owner of Record: BILLY J. HINDMAN

All that certain piece, parcel or tract of land lying and being situate in the County of Spartanburg, State of South Carolina, being shown and designated as Tract C-4 as shown on a plat of survey by Newby Proctor & Associates, R. L. S., dated June 23, 1995, recorded in Plat Book 139 at page 339, which is incorporated by reference herein.  According to said plat, Tract C-4 contains 1.33 acres, and is bounded as follows: On the Northwest by property

24

now or formerly of Willow Creek Golf Club - Tract A, on the Northeast by S. C. Highway 101, on the Southwest by Tract C-3, and on Southeast by S. C. Highway 417.

This being the same property conveyed to Billy J. Hindman by deed of MacIlwinen Development, Inc., dated December 11, 1997 and recorded December 12, 1997 in the Office of the Register of Deeds for Spartanburg County, South Carolina in Deed Book 67A at Page 67.

TMS No.: 4-06-00-005.04

(28)    2.0 Acres
S/W of S.C. Highway 101 / 1866 / 1868 Hwy 101 S.
Spartanburg County, South Carolina
Owner of Record:  Hindman Rentals, Inc.

ALL that piece, parcel or tract of land containing 2.0 acres, together with all buildings and improvements thereon situate, lying and being on the southwestern side of S.C. Highway 101 in Spartanburg County, S.C. as shown on plat entitled "Boundary Survey for Billy Hindman" prepared by Carolina Surveying Company dated May 19, 1998 and being recorded in the Office of the Register of Deeds for Spartanburg County in Plat Book 143 at Page 600 and having according to said plat the following metes and bounds:

BEGINNING at a point on the southwestern side of S.C. Highway 101 with the joint front corner, now or formerly, of Mildred E. Gaston, thence S. 40-09-26 E. 273.36 feet to a railroad spike set; thence on a new line S. 52-29-14 W. 326.84 feet to an iron pin; thence N. 40-09-25 W. 261.02 feet to an iron pin set; thence N 50-19-26 E. 326.50 feet to an iron pin, the beginning corner.

This being the same property conveyed to Billy J. Hindman by deed of Ji Yul Chung and Ki Nyun Chung dated January 21, 1999 and recorded January 22, 1999 in the Office of the Register of Deeds for Spartanburg County, South Carolina in Deed Book 69-G at Page 144; the said property was subsequently conveyed by Billy J. Hindman to Hindman Rentals, Inc. by deed dated April 17, 2007, recorded Aprl 19, 2007, in Deed Book 88J, at Page 060 in the Office of the Register of Deeds for Spartanburg County, South Carolina.

TMS No.: 5-29-00-095.01

25

(29)   0.99 ACRES, Beech Springs Township
       U.S. Highway 29, 1440 E.Wade Hampton Blvd.
       Greer, South Carolina
       Spartanburg County, South Carolina
       Owner of Record:  Hindman Rentals, Inc.

       BEGINNING at old iron pin on the southern edge of U. S. Highway 29, joint
       front corner with lands of Clayton Mobile Home Park, and runs thence along
       common lines of said Mobile Home Park, S. 11-34-24 E. 208.18 feet to old
       iron pin; thence as rear line, S. 78-22-43 W. 208.46 feet to old iron pin,
       corner of said Mobile Home Park; thence as common line, N. 11-18-50 W.
       208.38 feet to old iron pin on southern edge of U. S. Highway 29; thence
       along southern edge of said Highway, N. 78-26 E. 207352 feet to old iron
       pin, the beginning corner.

       This being the same property conveyed to Billy J. Hindman by deed of Lena
       G. Kelley a/k/a Lena G. Kelly dated June 27, 1991 and recorded June 27,
       1991 in the Office of the Register of Deeds for Spartanburg County, South
       Carolina in Deed Book 57V at Page 832;  the said property was subsequently
       conveyed by Billy J. Hindman to Hindman Rentals, Inc. by deed dated April
       17, 2007, recorded April 19, 2007, in Deed Book 88J, at Page 056 in the
       Office of the Register of Deeds for Spartanburg County, South Carolina.

       TMS No.: 5-14-00-037.01


(30)   0.26 Acre
       Intersection of S.C. Highway No. 292 and North Church Street
       130 N. Moore Street
       Duncan, South Carolina
       Spartanburg County
       Owner of Record: BILLY J. HINDMAN

       All that piece, parcel or lot of land, with all improvements thereon, in the
       County of Spartanburg, State of South Carolina, located near Duncan, S. C.,
       at the intersection of S. C. Highway No. 292 and North Church St., and being
       shown as the eastern lot on plat made for Billy J. Hindman by Wolfe &
       Huskey, Inc., surveyors, dated Sept. 5, 1984 and having the following courses
       and distances, to wit:

       Beginning on the western side of North Church St., at iron pin, and running
       thence S. 41-30 W., 195.4 feet along the right of way of said street to a nail

and cap, corner of another lot of the within grantor; thence N. 44-30 W., 94.85 feet to iron pin on right of way line of S. C. Highway No. 292; thence with the right of way of Highway No. 292, N. 62-58 E., 206.2 feet to iron pin; thence S. 39-37 E., 19.4 feet to the beginning corner. Containing 0.26 acre, more or less.

This being the same property conveyed to Billy J. Hindman by deed of Joyce Coggins Davis dated September 18, 1984 and recorded September 27, 1984 in the Office of the Register of Deeds for Spartanburg County, South Carolina in Deed Book 50T at Page 691.

TMS No.:5-15-14-031.01

(31)   4.39 Acres
       N/E of S.C. Highway 101 (Buncombe Road) / 1957 S. Highway 101
       Spartanburg County, South Carolina
       Owner of Record: Hindman Rentals, Inc.

ALL that certain piece, parcel or tract of land, situate, lying and being in the State of South Carolina, County of Spartanburg, on the northeast side of S. C. Highway 101 (Buncombe Road), containing 4.39 acres, more or less, as shown on Land Survey for Mary R. Wilson, prepared by J. Q. Bruce, Registered Surveyor, dated October 23, 1963, recorded in the RMC Office for Spartanburg County, S. C. in Plat Book 46, at Page 600, and being further shown on more recent plat entitled Survey for Billy Hindman, dated May 18, 1993, prepared by Freeland-Clinkscales & Associates, Inc., to be recorded herewith in the RMC Office for Spartanburg County, S. C., reference to said more recent plat being hereby craved for a metes and bounds description thereof.

This being the same property conveyed to Billy Joe Hindman by deed of Vivian Leonard Ensley aka Vivian Leonard Langford and James Leroy Langford dated June 14, 1993 and recorded June 16, 1993 in the Office of the Register of Deeds for Spartanburg County, South Carolina in Deed Book 60-D at Page 303; the said property was subsequently conveyed by Billy Joe Hindman to Hindman Rentals, Inc. by deed dated April 18, 2007, recorded April 19, 2007, in Deded Book 88J, at Page 068 in the Office of the Register of Deeds for Spartanburg County, South Carolina.   .

TMS No.: 5-29-00-128.00

(32)    Unit 404 St. Croix Condominiums
3145 South Atlantic Avenue
Daytona Beach Shores, Florida 32118
Volusia County, Florida
Owner of Record:: BILLY J. HINDMAN

Unit 404, THE ST. CROIX, A CONDOMINIUM, a condominium according
to the Declaration of Condominium recorded in Office Records Book 4686,
Pages 2844 through 2940, amended in Official Records Book 4829, Page
2776, and any amendments thereto, of the Public Records of Volusia County,
Florida.

This being the same property conveyed to Billy J. Hindman by deed of
St. Croix, LLC, a Florida limited liability company, by Douglas M. Cook,
Managing Member, dated January 24, 2003, filed January 30, 2003 in the
Office of the Clerk of Court for Volusia County, Florida, in Book 5007, Page
2971.

Florida Parcel ID No. 5334-00-02-0030 and 5334-00-02-0070 Unit 404

4.    <u>SUBSTITUTION OF ASSETS:</u>

If any of the property described above as being subject to forfeiture, as a result of any act or

omission of the Defendant(s) --

(a)    cannot be located upon the exercise of due diligence;

(b)    has been transferred or sold to, or deposited with, a third person;

(c)    has been placed beyond the jurisdiction of the Court;

(d)    has been substantially diminished in value; or

(e)    has been commingled with other property which cannot be subdivided
without difficulty;

the United States of America shall be entitled, pursuant to the provisions of Title 21, United States

Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c) and Title 18,

United States Code, Section 982(b)(1), to seek forfeiture of any other property of the Defendant(s)

28

as substitute assets, up to an amount equivalent to the value of the above-described forfeitable property, including, but not limited to, the properties enumerated in Paragraph 3C - 3F above, to the extent such properties are not otherwise forfeited;

Pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 982(a)(1), 982(b)(1), and 1955(d), and Title 28, United States Code, Section 2461(c).

A ____True____ Bill

s/ Foreperson _____
FOREPERSON

s/ Reginald I. Lloyd _____
REGINALD I. LLOYD      (www)
United States Attorney

29