# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE DISTRICT OF SOUTH CAROLINA
# GREENVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 6:07-959-HMH |
| | ) | |
| vs. | ) | OPINION & ORDER |
| | ) | |
| BILLY JOE HINDMAN | ) | |
| | ) | |
| | ) | |

This matter is before the court on the Receiver's Petition for an Order to close the aforementioned receivership. Pursuant to the Receiver's Petition, the total remaining funds in the amount of Seven Thousand Four Hundred Forty-Nine Dollars and 78/100 ($7,449.78) including the refund on the Receiver's bond have now been disbursed to the Defendant in accord with the terms of prior Orders of this Court.

After a thorough review of the record, the Court finds the work of the Receiver has now been completed. The judgment in this case has been satisfied in full and Receiver and the United States Government have no further claims or interest in Defendant's property as a result of the criminal forfeiture proceeding. Therefore, the Receiver's disbursement of the aforementioned funds is approved and the Receiver is released from any further duty or obligation in regard to this matter.

**IT IS SO ORDERED.**

                                            s/Henry M. Herlong, Jr.
                                            Senior United States District Judge

Greenville, South Carolina

June 25, 2012